**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____Northern District of Illinois_____

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Pinnacle Multi-Acquisitions Holdings LLC

**2. All other names debtor used in the last 8 years**  2300-16 S. Central LLC

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  8 2 – 1 9 3 3 3 4 4

**4. Debtor's address**

Principal place of business

9501 W 144th Pl Ste 304
Number   Street

Attn Gregory Perkins, Manager

Orland Park, IL 60462-2564
City                State  ZIP Code

Cook
County

Mailing address, if different from principal place of business

_____
Number   Street

P.O. Box

_____
City                State  ZIP Code

**Location of principal assets, if different from principal place of business**

7456 S South Shore Dr
Number   Street

Attn Gregory Perkins

Chicago, IL 60649-8724
City                State  ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor Pinnacle Multi-Acquisitions Holdings LLC Case number (if known)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   _5_ _3_ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                          MM / DD / YYYY
         District _____ When _____ Case number _____
                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
         District _____ When _____
                          MM / DD / YYYY
         Case number, if known _____

Debtor    Pinnacle Multi-Acquisitions Holdings LLC    Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this* district?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☑ 1-49  ☐ 50-99    ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15.** | **Estimated assets** | ☐ $0-$50,000    ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor     Pinnacle Multi-Acquisitions Holdings LLC                     Case number *(if known)* _____
           Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/04/2022
              MM/ DD/ YYYY

X _____[signature]_____                              G. Estevein Perkins
Signature of authorized representative of debtor              Printed name

Title _____Independent Manager_____

**18. Signature of attorney**

X _____/s/ J. Kevin Benjamin, Esq._____     Date  03/04/2022
Signature of attorney for debtor                    MM/ DD/ YYYY

J. Kevin Benjamin, Esq.
Printed name

Benjamin Legal Services
Firm name

1016 W. Jackson Blvd
Number    Street

Chicago                                           IL         60607-2914
City                                              State      ZIP Code

(773) 425-5755                                    jkb@benjaminlaw.com
Contact phone                                     Email address

6202321                                           IL
Bar number                                        State

**LOCATION OF BUSINESS ASSETS**

1) 7456 S South Shore Drive, Chicago, Illinois 60649-8724
          (77 unit Commercial Building)

2) 2300-16 S. Central, Cicero, Illinois 60804
          (25 unit Commercial Building)

Fill in this information to identify the case:

Debtor name: Pinnacle Multi-Acquisitions Holdings LLC

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BCL Family of Companies<br>Business Loan Capital, Inc.<br>15375 Barranca Pkwy Ste B202<br>Irvine, CA 92618-2213 | | | | $7,552,000.00 | $4,850,000.00 | $2,702,000.00 |
| 2 | City of Chicago<br>121 N La Salle St Rm 107a<br>Chicago, IL 60602-1232 | | | | | | $149,000.00 |
| 3 | City of Chicago Dept of Water<br>333 S State St Ste 410<br>Chicago, IL 60604-3983 | | | | | | $116,000.00 |
| 4 | ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001 | | | | | | $34,000.00 |
| 5 | Cook County Treasurer<br>118 N Clark St Ste 112<br>Chicago, IL 60602-1332 | | | | | | $320,000.00 |
| 6 | Nari Ventures<br>Attn: Yana Chechelnitsky, Esq.,<br>61-43 186th St Suite 450<br>Fresh Meadows, NY 11365-2710 | | | | | | $45,000.00 |
| 7 | Peoples Gas<br>Attention: Bankruptcy Department<br>130 E. Randolph 17th Floor<br>Chicago, IL 60601-0000 | | | | | | $32,000.00 |
| 8 | Town of Cicero<br>Violations Department<br>4949 W Cermak Rd<br>Cicero, IL 60804-2461 | | | | | | $40,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor   Pinnacle Multi-Acquisitions Holdings LLC   Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE: **Pinnacle Multi-Acquisitions Holdings LLC**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____03/04/2022_____    Signature _____

G. Estevein Perkins, Independent Manager

**2300-16 S. Central LLC**
Bennett Klasky, Registered Agent
555 Skokie Blvd Ste 500
Northbrook, IL 60062-2845

**Affordable Homes for Rent**
Raeka Aiyash, Registered Agent
5251 W Madison St
Chicago, IL 60644-4142

**At Properties**
Brandon Bollig
2356 N Elston Ct
Chicago, IL 60614-7110

**BCL Family of Companies**
Business Loan Capital, Inc.
15375 Barranca Pkwy Ste B202
Irvine, CA 92618-2213

**BCL Prime Lending Fund II, LLC**
℅ Scott & Kraus, LLC
150 S Wacker Dr
Chicago, IL 60606-4103

**BLC PRIME LENDING FUND II, LLC**
15375 Barranca Pkwy Ste 202
Irvine, CA 92618-2217

**Bryan Cave Leighton Paisner LLP**
Atty's for DLP Capital Partners
161 N Clark St Ste 4300
Chicago, IL 60601-3315

**Chicago Real Estate Resources, Inc**
800 W Diversey Ave Suite 300
60614

**Chicago Title Land Trust Company**
Attn: Land Trust Dept
10 S La Salle St Ste 2750
Chicago, IL 60603-1108

**City of Chicago**
121 N La Salle St Rm 107a
Chicago, IL 60602-1232

**City of Chicago Dept of Water**
333 S State St Ste 410
Chicago, IL 60604-3983

**ComEd**
Bill Payment Center
Chicago, IL 60668-0001

**Cook County Treasurer**
118 N Clark St Ste 112
Chicago, IL 60602-1332

**DLP Capital Partners**
95 Highland Ave
Bethlehem, PA 18017-9424

**Grasso Law PC**
38 Blaine St
Hinsdale, IL 60521-4260

**Nari Ventures**
Attn: Yana Chechelnitsky, Esq.,
61-43 186th St Suite 450
Fresh Meadows, NY 11365-2710

**Oval Property Holdings LLC**
Attn Jacob Tauber
11 N Airmont Rd Ste 12
Suffern, NY 10901

**Peoples Gas**
Attention: Bankruptcy Department
130 E. Randolph 17th Floor
Chicago, IL 60601-0000

**Pinnacle Asset Management LLC**
Makiah Terry, Registered Agent
14420 2nd Ave
Orland Park, IL 60462-2402

**Sara Blumenberg**

**Shayla Butler**
20173 Ash Ln
Lynwood, IL 60411-1599

**Tiffany Perkins**
14420 2nd Avenue
Orland Park, IL 60462

**Timothy Hajec**
9219 S Millard Ave
Evergreen Pk, IL 60805-1407

**Town of Cicero**
Violations Department
4949 W Cermak Rd
Cicero, IL 60804-2461

**Wafeek Aiyash**
5251 W. Madison St
60644