UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **Pinnacle Multi-Acquisitions Holdings LLC,** | ) ) | Case No. **22-02669** |
| | ) | |
| Debtor. | ) | Honorable LaShonda A. Hunt |

**NOTICE OF MEETING OF CREDITORS
TO BE CONDUCTED TELEPHONICALLY**

PLEASE TAKE NOTICE that the Meeting of Creditors is scheduled for Thursday, April 14, 2022, at 1:30 PM. **PLEASE ALSO NOTE THAT THE MEETING WILL BE CONDUCTED TELEPHONICALLY. PARTIES WISHING TO PARTICIPATE IN THE MEETING MUST CALL THE FOLLOWING NUMBER AND ENTER THE FOLLOWING PASSCODE WHEN PROMPTED TO DO SO:**

**Tel. 866-836-3228
Passcode: 7434886**

**PARTIES WILL ONLY BE ABLE TO PARTICIPATE IN THE MEETING OF CREDITORS BY PHONE. NO PERSONAL APPEARANCES ARE PERMITTED.**

PATRICK S. LAYNG
U. S. TRUSTEE

*/s/ Kimberly Bacher*
Kimberly Bacher, Attorney
OFFICE OF THE U.S. TRUSTEE
53 Pleasant Street, Suite 2300
Concord, NH 03301
(603) 333-2782

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **Pinnacle Multi-Acquisitions Holdings LLC,** | ) ) | Case No. **22-02669** |
| | ) | |
| Debtor. | ) | Honorable LaShonda A. Hunt |

## CERTIFICATE OF SERVICE

    I, Kimberly Bacher, Trial Attorney, certify that on March 11, 2022, I caused to be served copies of the **Notice of Meeting of Creditors to be Conducted Telephonically** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail by BMC Group on all other entities shown at the addresses listed below. A supplement to this Certificate of Service from BMC Group will be filed.

                                                                */s/ Kimberly Bacher*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants:**

J Kevin Benjamin    attorneys@benjaminlaw.com,
Eugene S. Kraus    ekraus@skcounsel.com
Jason R. Sleezer    jsleezer@skcounsel.com

**Parties Served via U.S. First Class Mail:**

*See Following First Class Mail Service List Starting on Next Page*

```
Label Matrix for local noticing          BLC Prime Lending Fund II, LLC           Pinnacle Multi-Acquisitions Holdings LLC
0752-1                                   c/o Scott & Kraus, LLC                   9501 W 144th Pl Ste 304
Case 22-02669                            150 S. Wacker Drive, Suite 2900          Attn Gregory Perkins, Manager
Northern District of Illinois            Chicago, IL 60606-4206                   Orland Park, IL 60462-2564
Eastern Division
Fri Mar 11 11:25:28 CST 2022

U.S. Bankruptcy Court                    2300-16 S. Central LLC                   Affordable Homes for Rent
Eastern Division                         Bennett Klasky, Registered Agent         Raeka Aiyash, Registered Agent
219 S Dearborn                           555 Skokie Blvd Ste 500                  5251 W Madison St
7th Floor                                Northbrook, IL 60062-2845                Chicago, IL 60644-4142
Chicago, IL 60604-1702


At Properties                            BCL Family of Companies                  BCL Prime Lending Fund II, LLC
Brandon Bollig                           Business Loan Capital, Inc.              c/o Scott & Kraus, LLC
2356 N Elston Ct                         15375 Barranca Pkwy Ste B202             150 S Wacker Dr
Chicago, IL 60614-7110                   Irvine, CA 92618-2213                    Chicago, IL 60606-4103


BLC PRIME LENDING FUND II, LLC           Bryan Cave Leighton Paisner LLP          Chicago Real Estate Resources, Inc
15375 Barranca Pkwy Ste 202              Atty's for DLP Capital Partners          800 W Diversey Ave Suite 60614-1412
Irvine, CA 92618-2213                    161 N Clark St Ste 4300
                                         Chicago, IL 60601-3315


Chicago Title Land Trust Company         (p)CHICAGO DEPARTMENT OF LAW             City of Chicago Dept of Water
Attn: Land Trust Dept                    ATTN BANKRUPTCY UNIT                     333 S State St Ste 410
10 S La Salle St Ste 2750                121 N LASALLE ST SUITE 400               Chicago, IL 60604-3983
Chicago, IL 60603-1108                   CHICAGO IL 60602-1264


ComEd                                    Cook County Treasurer                    DLP Capital Partners
Bill Payment Center                      118 N Clark St Ste 112                   95 Highland Ave
Chicago, IL 60668-0001                   Chicago, IL 60602-1590                   Bethlehem, PA 18017-9424


Grasso Law PC                            (p)ILLINOIS DEPARTMENT OF REVENUE        Nari Ventures
38 Blaine St                             BANKRUPTCY UNIT                          Attn: Yana Chechelnitsky, Esq.,
Hinsdale, IL 60521-4260                  PO BOX 19035                             61-43 186th St Suite 450
                                         SPRINGFIELD IL 62794-9035                Fresh Meadows, NY 11365-2710


Oval Property Holdings LLC               (p)PEOPLES GAS LIGHT & COKE COMPANY      Pinnacle Asset Management LLC
Attn Jacob Tauber                        200 EAST RANDOLPH ST                     Makiah Terry, Registered Agent
11 N Airmont Rd Ste 12                   CHICAGO IL 60601-6433                    14420 2nd Ave
Suffern, NY 10901-5103                                                            Orland Park, IL 60462-2402


Shayla Butler                            Tiffany Perkins                          Timothy Hajec
20173 Ash Ln                             14420 2nd Avenue                         9219 S Millard Ave
Lynwood, IL 60411-1599                   Orland Park, IL 60462-2402               Evergreen Pk, IL 60805-1407


Town of Cicero                           Wafeek Aiyash                            J Kevin Benjamin Esq.
Violations Department                    5251 W. Madison St 60644-4142            Benjamin Legal Services PLC
4949 W Cermak Rd                                                                  1016 W. Jackson Boulevard
Cicero, IL 60804-2461                                                             Chicago, IL 60607-2914
```

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Chicago
121 N La Salle St Rm 107a
Chicago, IL 60602-1232

Illinois Department of Revenue
POB 64338 Bankruptcy Section POB 64338
Chicago, IL 60664-0338

PEOPLES GAS LIGHT & COKE COMPANY
200 EAST RANDOLPH STREET
CHICAGO, IL 60601

(d)Peoples Gas
Attention: Bankruptcy Department
130 E. Randolph 17th Floor
Chicago, IL 60601-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Sara Blumenberg

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31