**Fill in this information to identify the case:**

Debtor name: Pinnacle Multi-Acquisitions Holdings LLC

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known): 22-02669    Chapter 11

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $9,700,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $18,000.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $9,718,000.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. $7,552,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... $0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................ + $4,401,000.00

4. **Total liabilities**................................................................................................................................... $11,953,000.00
    Lines 2 + 3a + 3b