# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 22bk02669 |
| Pinnacle Multi-Acquisitions Holdings LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable LaShonda A. Hunt |
| | ) | |

## ORDER GRANTING MOTION TO PROHIBIT
## OR CONDITION USE OF CASH COLLATERAL

This matter coming to be heard on Creditor BLC Prime Lending Fund II, LLC's Emergency Motion to Prohibit or Condition Use of Cash Collateral (Dkt. 22) with Debtor Pinnacle Multi-Acquisitions Holdings LLC appearing through proposed counsel, Kevin Benjamin, and counsel for the United States Trustee and City of Chicago present,

**IT IS HEREBY ORDERED THAT:**

1. The motion is granted as set forth herein.

2. For the reasons stated on the record in open court, Debtor Pinnacle Multi-Acquisitions Holdings LLC is prohibited from using any cash collateral pending further court order or the express approval of Creditor BLC Prime Lending Fund II, LLC.

Dated:  March 31, 2022

ENTER:

*LaShonda A. Hunt*

LaShonda A. Hunt
United States Bankruptcy Judge