UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 22-02669
Pinnacle Multi-Acquisitions Holdings LLC  )
)
)  Chapter: 11
)  Honorable LaShonda A. Hunt
)
)
Debtor(s)  )

**ORDER GRANTING BLC PRIME LENDING FUND II, LLC'S EMERGENCY MOTION FOR RELIEF**
**FROM THE AUTOMATIC STAY AND TO EXCUSE COMPLIANCE WITH SECTION 543**

This matter coming to be heard on BLC Prime Lending Fund II, LLC's ("BLC") Emergency Motion for Relief from the Automatic Stay and to Excuse Compliance with Section 543 (the "Emergency Motion"), due notice having been given, with counsel for the Debtor, United States Trustee, and City of Chicago appearing and the Court considering Debtor's limited objection to the relief sought, for the reasons stated on the record in open court,

IT IS HEREBY ORDERED THAT:

1. The Emergency Motion is granted.

2. The Court allows for and reduces the time for providing notice of and hearing on this Emergency Motion.

3. The automatic stay is modified to allow the State Court to approve and/or enter the Receiver's Bond so as to allow for the effectuation of the Receivership for the Chicago Property and Cicero Property and related Collateral in the State Court Proceeding.

4. The automatic stay is modified to permit BLC Prime Lending Fund II, LLC to prosecute its claims against Central in the State Court Proceeding.

5. Bankruptcy Rule 4001(a)(3) shall not apply; this order is effective immediately upon entry.

6. Proposed State Court Receiver Eric Maletsky's compliance with Section 543 is excused and he need not turn over property and or assets related to Debtor unless the bankruptcy court orders otherwise.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: 4/1/2022

**Prepared by:**

Eugene S. Kraus (6201457)
Scott & Kraus, LLC
150 S. Wacker Drive, Suite 2900
Chicago, Illinois 60606
(312) 327-1060
(312) 327-1051 (fax)