# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Pinnacle Multi-Acquisitions Holdings LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-02669<br><br>Honorable LaShonda A. Hunt |

### NOTICE OF INITIAL OBJECTION

BLC Prime Lending Fund II, LLC ("BLC"), by its attorneys, Scott & Kraus, LLC, for its Notice of Initial Objection (the "Initial Objection") to Pinnacle Multi-Acquisitions Holdings LLC's ("Debtor") Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim (II) Approving the Form and Manner for Filing Proofs of Claim, and (III) Granting Related Relief (Doc. No. 17) ("Debtor's Motion"), states:

1. BLC joins the City of Chicago's initial objections, of which Debtor is aware and has responded to, and incorporates the same initial objections by reference herein as-and-for part of this Initial Objection.

2. BLC further objects to Debtor's Motion as Debtor's filings still incorporate 2300-16 S. Central, LLC ("Central") in this proceeding:

    (i)    Debtor's Petition does not identify itself separate and apart from Central

    (ii)    Debtor's Schedules still identify non-Debtor property

3. Central is a separate and distinct legal entity, which has granted BLC a senior mortgage lien against its real property commonly known as 2300 S. Central Ave. Cicero, IL. BLC should not be put in a position so as to file a proof of claim in this proceeding concerning Central, as Central is not a d/b/a of Debtor.

4. BLC further objects because, by the time Debtor's Motion is heard, Debtor will likely have no assets in its possession. The Circuit Court of Cook County granted BLC's Emergency Motion to Enter Bond on April 11, 2022. Once the Receiver's Bond is entered by Judge Perkins in that proceeding, the Circuit Court's Order Appointing Receiver will become effective, and Eric Maletsky will be in possession of Debtor's property.

5. The 341 Meeting is currently set for April 14, 2022 – the same day Debtor's Motion is to be presented. BLC respectfully suggests that presentation of Debtor's Motion be entered and continued until after the 341 Meeting is concluded.

6. BLC respectfully reserves its right to further object to Debtor's Motion for any and all other reasons, and asks that the Court call Debtor's Motion on April 14, 2022, if it is not otherwise reset for a date after April 14, 2022..

Respectfully submitted,

By: *Jason R. Sleezer*
One of the Attorneys for
BLC Prime Lending Fund II, LLC

Eugene S. Kraus (6201457)
Jason R. Sleezer (6285180)
Scott & Kraus, LLC
150 South Wacker Drive
Suite 2900
Chicago, Illinois 60606
ekraus@skcounsel.com
jsleezer@skcounsel.com
(312) 327-1050 (telephone)
(312) 327-1051 (facsimile)