**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | **A CHAPTER 11 PROCEEDING** |
| Pinnacle Multi-Acquisitions Holdings LLC | Case No. 22-02669 |
| Debtor. | Judge: Honorable LaShonda A. Hunt |
| | Hearing Date: April 14, 2022<br>Hearing time: 11:00 a.m. |

**CORPORATE OWNERSHIP STATEMENT**
**PURSUANT FRBP 1007(a)(1) and 7007.1**

*Pursuant to FRBP 1007(a)(1) and 7007.1, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, G. Estevein Perkins, the independent manager and designated agent of the Debtor in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I have personal knowledge of the matters set forth in this Statement because: 1 am the Independent Manager and an authorized agent of the Debtor corporation.

2. The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

NONE

3. There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Signed: _____                    Dated: 04/14/2022
G. Estevein Perkins
as Independent Manager and designated officer
of Pinnacle Multi-Acquisitions Holdings LLC