# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Pinnacle Multi-Acquisitions Holdings LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-02669<br><br>Honorable LaShonda A. Hunt |

## BLC PRIME LENDING FUND II, LLC'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND ALLOWING PROTECTIVE ADVANCES

BLC Prime Lending Fund II, LLC ("BLC"), by its attorneys, Scott & Kraus, LLC, respectfully moves this honorable Court for entry of an order authorizing and allowing BLC to make secured protective advances, and in support thereof, states:

### JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.

2. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. Venue in this District is proper pursuant to 28 U.S.C. § 1408.

### ARGUMENT

1. BLC's collateral has been placed in jeopardy as a result of Pinnacle Multi-Acquisitions Holdings, LLC's ("Debtor") and 2300-16 S. Central LLC's ("Central") failures to pay their debts and their failures to maintain their respective properties: 7456 S. South Shore Drive, Chicago, IL (the "Chicago Property") and 2300-16 S. Central Ave., Cicero, IL (the "Cicero Property" (together with the Chicago Property, collectively the "Properties").

2. According to Cook County records and information, real estate taxes have gone unpaid for both Properties since the Second Installment of 2019.  Eric Maletsky (the "Receiver")

{01178627.DOCX/v2/3816/001/4/28/2022 04:17 PM}

has advised that the sums due for the Second Installment of 2019 total over $135,000.00 for the Properties ($29,285.77 for the Chicago Property, if paid by May 1, 2022; $108,336.97 for the Cicero Property, if paid by May 1, 2022). Currently, the Cook County Treasurer is scheduled to begin tax sales for unpaid 2019 taxes on May 12, 2022.

3. Neither Debtor nor Central had funds sufficient to pay insurance for the Properties by April 28, 2022, which totals $2,473.74.

4. Upon taking possession of the Properties, the Receiver discovered myriad issues of deferred maintenance, some requiring immediate attention.

5. For example, the boiler at the Chicago Property was spewing water. Repairs were made over the weekend of April 21, 2022. The Receiver was also required to retain the services of one former maintenance worker at the Chicago Property, who expects reimbursement for his work. The Receiver estimates that costs for the boiler repair and the maintenance person will total at least $6,500.00 for the near term.

6. Additionally, the Receiver has discovered a malfunctioning alarm system at the Cicero Property which requires urgent attention. Estimates for remediation are forthcoming.

7. These efforts taken to triage the Properties and to preserve BLC's collateral position total more than $140,000.00 – and this is just in the past two weeks.

8. To date, $0.00 has been transferred to the Receiver. Debtor and Central have still not turned over their accounts to the Receiver.

9. What's more, the Receiver has been provided with copies of the attached letters from tenants at the Properties dated March 21, 2022, directing future rents to be remitted to a third-party, and which states that third-party now owns the Properties. *See* Group Exhibit 1.

10. The various rent rolls provided by Debtor (one of which was revised to remove a cell phone tower lease for the Chicago Property, which BLC has a collateral interest in) reflect 27 occupants at the Chicago Property with purported monthly rents totaling $16,929.00, and 18 occupants at the Cicero Property with purported monthly rents totaling $24,631.36; yet, based on information provided to the Receiver, such occupants are not all purportedly remitting monthly rents. But even if all of these occupants timely remitted May 2022 rent, the sums collected will still leave an approximate $100,000.00 shortfall with respect to funds needed to avoid the 2019 tax sale, to pay the insurance, to repair the boiler, to keep the maintenance worker, etc.

11. BLC is willing to advance funds pursuant to the express terms of its Loan Documents (included as exhibits to BLC's Verified Complaint, Doc. No. 22 at Exhibit 1 thereto, incorporated herein by reference) at its discretion, so long as any funds advanced will be secured by the Loan Documents and so long as BLC maintains its senior secured lien position against Debtor's and Central's assets.

12. In order to pay the items identified herein, and any other expenses BLC deems necessary and appropriate so as to preserve and protect its liens and collateral, BLC is, at this time, seeking authorization and authority to make such protective advances under the express terms of the Loan Documents up to $500,000.00, noting that it need not and may not have to spend all such funds; it would have the ability to do so, without obligation, as it believes appropriate.

13. BLC is Debtor's only secured creditor. The Loan Documents, including at Page 4 of the Business Loan Agreement, Pages 5 and 6 the Mortgages, and Page 3 of the Commercial Security Agreement, allow BLC to make such advances, including in these circumstances, and

provide that the advances be treated as additional indebtedness under and secured by the Loan Documents.

14. BLC respectfully requests entry of an order granting such relief.

WHEREFORE, BLC Prime Lending Fund II, LLC respectfully requests that this honorable Court enter an order:

A. granting this Motion;

B. authorizing and allowing BLC to make protective advances under the terms of the Loan Documents at its discretion, including up to the total sum of $500,000.00, which advances will be additional debt under and secured by the Loan Documents; and

C. granting movant such other and further relief as the Court deems just and equitable.

Respectfully submitted,

By: /s/ *Jason R. Sleezer*
One of the Attorneys for
BLC Prime Lending Fund II, LLC

Eugene S. Kraus (6201457)
Jason R. Sleezer (6285180)
Scott & Kraus, LLC
150 South Wacker Drive
Suite 2900
Chicago, Illinois 60606
ekraus@skcounsel.com
jsleezer@skcounsel.com
(312) 327-1050 (telephone)
(312) 327-1051 (facsimile)



**PINNACLE GROUP**

9501 W. 144TH SUITE 304 ORLAND PARK, IL 60462 TEL. 708-590-6066 FAX 708-827-0476
www.pinnacleassetmgmt.com

# MEMORANDUM

**TO:** TENANT(S) 2300 S. CENTRAL APARTMENT/DEPLEX

**FROM:** MANAGEMENT

**DATE:** March 21, 2022

**RE:** New Owner(s)/Payee - *MGP Global Properties, LLC*

---

Dear Tenant(s):

Please be advised, *MGP Global Properties, LLC* (MGP) now owns the property – 2300 S. Central Avenue, Cicero, IL 60804. Effective April 1, 2022, **ALL Rental Payments are to be made payable to:**

**MGP Global Properties, LLC**
9501 W. 144th Place, Suite 304
Orland Park, IL 60462

Please further note: *2300-16 Central, LLC,* will no longer be excepted as payee when making your rental payments. Any payments not made payable to MGP Global, LLC will be returned for the correct payee information to be added. If this happens after the 5th of the month, please be advised, you will be charged a late fee of $100.00 as your rental payment will then be considered late.

If you have any questions regarding this change, please contact Brishette Pierson at (708) 590-6066 ex. 200 or cell phone at (773) 418-9977 between the hours of 9:00 am - 4:30 pm Monday – Friday.

Thank you,


Management,
Pinnacle Asset Management

bp/aa

Group Exhibit 1



# PINNACLE GROUP

## MEMORANDUM

TO: TENANT(S) 7456 S. South Shore Drive
FROM: MANAGEMENT
DATE: March 21, 2022
RE: New Owner(s)/Payee – **MGP Global Properties, LLC**

Dear Tenant(s),

Please be advised, *MGP Global Properties, LLC* (MGP) now owns the property – 7456 S. South Shore Drive Apartments. Effective April 1, 2022, **ALL Rental Payments are to be made payable to:**

**MGP Global Properties, LLC**
9521 W. 144th Place, Suite 304
Orland Park, IL 60462

Please further note, *Pinnacle Multi Acquisitions Holdings, LLC and 7456 South Shore Drive Apartments, LLC* will no longer be excepted as payee when making your rental payments. Any payments not made payable to MGP Global, LLC will be returned for the correct payee information to be added. If this happens after the 5th of the month, please be advised you will be charged a late fee of $25.00 as your rental payment will then be considered late.

If you have any questions regarding this change, please contact Brishette Pierson at (708) 590-5056 ex. 200 or on her cell phone at (773) 418-9977 between the hours of 9:00 am – 4:30 pm Monday – Friday.

Thank you

Management,
Pinnacle Asset Management

bp/au