# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 PROCEEDING |
| | ) | |
| **PINNACLE MULTI-ACQUISITIONS HOLDINGS LLC,** | ) ) | **CASE NO. 22-02669** |
| | ) | |
| DEBTOR. | ) | HON. LASHONDA A. HUNT |

## NOTICE OF MOTION

TO: See Attached List:

PLEASE TAKE NOTICE that on **Thursday, May 12, 2022** at **11:00 AM**, I will appear electronically before the Honorable LaShonda A. Hunt or any judge sitting in that judge's place, and present the United States Trustee's **MOTION FOR RULE 2004 EXAMINATION**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at **1-669-254-5252** or **1-646-828-7666**. Then enter the meeting ID and password.

**Meeting ID and passcode**. The meeting ID for this hearing is **161 165 5696** and the **passcode** is **7490911**. Additional information can be found on Judge Hunt's webpage on the court's website: https://www.ilnb.uscourts.gov/content/judge-lashonda-hunt.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Kimberly Bacher
Kimberly Bacher
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604
(603) 333-2782

1

## CERTIFICATE OF SERVICE

I, Kimberly Bacher, Trial Attorney, certify that on May 3, 2022, I caused to be served copies of the **NOTICE OF MOTION** and United States Trustee's **MOTION FOR RULE 2004 EXAMINATION** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail by BMC Group on all other entities shown at the addresses listed below. A supplement to this Certificate of Service from BMC Group will be filed.

*/s/ Kimberly Bacher*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

J Kevin Benjamin     attorneys@benjaminlaw.com
Jaime Dowell     jaime.dowell@cityofchicago.org
David Paul Holtkamp     david.holtkamp2@cityofchicago.org
Eugene S. Kraus     ekraus@skcounsel.com
Jason R. Sleezer     jsleezer@skcounsel.com

**Parties Served via First Class Mail:**

**REGISTERED AGENT:**

Bennett Klasky
555 N. Skokie Blvd.
Northbrook, IL 60062

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 PROCEEDING |
| | ) | |
| PINNACLE MULTI-ACQUISITIONS | ) | |
| HOLDINGS LLC, | ) | CASE NO. 22-02669 |
| | ) | |
| DEBTOR. | ) | HON. LASHONDA A. HUNT |

**MOTION FOR RULE 2004 EXAMINATION**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois (the "**U.S. Trustee**"), by and through his attorney, Kimberly Bacher, and moves the Court to enter an order authorizing discovery from MGP Global Properties I, LLC ("**MGP**") pursuant to Fed. R. Bankr. P. 2004. In support thereof, the U.S. Trustee respectfully states as follows:

1. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to Internal Operating Procedure 15(a) and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois and Local Rule 9013-9(A)(10).

2. Movant brings this motion pursuant to Fed. R. Bankr. P. 2004.

3. On March 8, 2022, Pinnacle Multi-Acquisitions Holdings LLC (the "**Debtor**") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

4. On April 1, 2022, this Court entered an order (the "**Order**") modifying the automatic stay with respect to the Debtor's real property known as 7456 S. South Shore Drive, Chicago, IL and 2300-16 S. Central Ave., Central, IL (collectively, the "**Properties**") at the request of the Debtor's secured lender BLC Prime Lending Fund II, LLC ("**BLC**").

5. The Order also allowed the proposed state court receiver Eric Maletsky to take control of the Properties.

6. On April 28, 2022, BLC filed a Motion for Entry of an Order Authorizing and Allowing Protective Advances (the "**Motion to Allow Protective Advances**"). ECF No. 41.

7. As set forth in the Motion to Allow Protective Advances, as of April 28, 2022 and despite significant efforts, the Debtor has failed to turn over any of its accounts to Mr. Maletsky, and $0.00 has been transferred to him.

8. The Motion to Allow Protective Advances included a proposed exhibit, attached hereto as **Exhibit A**, indicating that on March 21, 2022, the Debtor notified its tenants to remit all rental payments to "MGP Global Properties, LLC."

9. Based upon information from the Illinois Secretary of State, the owners of MGP are Shayla Butler and Tiffany Perkins. Based upon information and belief, Ms. Perkins is the wife of Gregory Perkins, the owner of the Debtor. Additionally, both Ms. Butler and Ms. Perkins are creditors of the Debtor.

10. It is unclear at this point the extent of rents collected and received by MGP.

11. Additionally, as of the date hereof, the Debtor has failed to file its monthly operating report for the period from the Petition Date to March 31, 2022. It is thus unclear as to whether the Debtor has received any rents or has any funds in its account.

12. In order to determine the disposition of estate funds, the U.S. Trustee seeks to elicit discovery from MGP under Fed. R. Bankr. P. 2004, including the production of documents and attendance at a deposition.

WHEREFORE, the U.S. Trustee requests the Court to enter an order authorizing the United States Trustee to conduct discovery of MGP Global Properties I, LLC under Fed. R. Bankr. P. 2004, and for such other relief as is just.

                                                RESPECTFULLY SUBMITTED:

                                                PATRICK S. LAYNG
                                                UNITED STATES TRUSTEE

DATED: <u>May 3, 2022</u>                By: <u>*/s/ Kimberly Bacher*</u>
                                                Kimberly Bacher
                                                OFFICE OF THE U.S. TRUSTEE
                                                219 S. Dearborn Street, Room 873
                                                Chicago, Illinois 60604
                                                (603) 333-2782