

**PINNACLE GROUP**

9501 W. 144TH SUITE 304 ORLAND PARK, IL 60462 TEL. 708-590-6066 FAX 708-827-0476

www.pinnacleassetmgmt.com

# MEMORANDUM

**TO:** TENANT(S) 2300 S. CENTRAL APARTMENT/DEPLEX

**FROM:** MANAGEMENT

**DATE:** March 21, 2022

**RE:** New Owner(s)/Payee - *MGP Global Properties, LLC*

---

Dear Tenant(s):

Please be advised, *MGP Global Properties, LLC* (MGP) now owns the property – 2300 S. Central Avenue, Cicero, IL 60804. Effective April 1, 2022, **ALL Rental Payments are to be made payable to:**

**MGP Global Properties, LLC**
9501 W. 144th Place, Suite 304
Orland Park, IL 60462

Please further note: *2300-16 Central, LLC,* will no longer be excepted as payee when making your rental payments. Any payments not made payable to MGP Global, LLC will be returned for the correct payee information to be added. If this happens after the 5th of the month, please be advised, you will be charged a late fee of $100.00 as your rental payment will then be considered late.

If you have any questions regarding this change, please contact Brishette Pierson at (708) 590-6066 ex. 200 or cell phone at (773) 418-9977 between the hours of 9:00 am - 4:30 pm Monday – Friday.

Thank you,


Management,
Pinnacle Asset Management

bp/aa

**UST - EXHIBIT A**