**Pinnacle Asset Management**
9501 West 144th Place Suite 304
Orland Park, IL  60462

Phone: (708) 590-6066

# Collections Activity Report
3/1/2022 - 3/31/2022

A530
Page 1 of 3
5/4/2022 14:41

South Shore 7456

Release 10.03

| Property-Unit | Current/Latest Tenant | Move-In Date | Move-Out Date | Prior Balance Due | Prior Prepaid Balance | Period Rent Charges | Other Period Charges | Payments | Other Credits | Balance Due | Prepaid Balance | Starting Paid Balance | Paid this Period | Interest Paid Out | Returned this Period | Ending Paid Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prospect- | Dandridge, Demond | | | | ($25.00) | | | | | | ($25.00) | $0.00 | | | | $0.00 |
| . | Gordon, Autumn | | | | ($1,200.00) | | | | | | ($1,200.00) | $0.00 | | | | $0.00 |
| South Shore 7456-101 | Chandler, Stepehn | 6/1/2016 | 3/18/2019 | $10.00 | | | | | | $10.00 | $0.00 | $0.00 | | | | $0.00 |
| . 103 | Parrott, Loreal | 12/1/2016 | 12/1/2017 | $675.00 | ($675.00) | | | | | $675.00 | ($675.00) | $0.00 | | | | $0.00 |
| . 103 | Unit, Model | 1/1/2020 | | | | | | | | | $0.00 | $0.00 | | | | $0.00 |
| . 104 | Kilpatrick, Sharon | 8/1/2013 | | $950.00 | | $550.00 | | ($500.00) | | $1,000.00 | $0.00 | $0.00 | | | | $0.00 |
| . 200 | Seabrook, Lakita | 5/1/2019 | | $800.00 | | $800.00 | | ($800.00) | | $800.00 | $0.00 | $1,600.00 | | | | $1,600.00 |
| . 201 | Thomas, Valerie | 6/1/2016 | 11/30/2017 | $1,610.00 | ($708.00) | | | | | $1,610.00 | ($708.00) | $750.00 | | | | $750.00 |
| . 201 | Gardner, Sheena | 2/1/2018 | 10/15/2018 | $5,610.00 | | | | | | $5,610.00 | $0.00 | $0.00 | | | | $0.00 |
| . 201 | Model, Unit | 1/1/2020 | | | ($10.00) | | | | | | ($10.00) | $0.00 | | | | $0.00 |
| . 202 | Leslie, Michael | 3/1/2019 | | | ($560.00) | $550.00 | | | | | $0.00 | $0.00 | | | | $0.00 |
| . 203 | Robinson, Christoph | 2/1/2020 | | $9,095.00 | | $725.00 | | | | $9,820.00 | $0.00 | $0.00 | | | | $0.00 |
| . 206 | Mitchell, Martez W | 12/15/2017 | 7/15/2018 | $2,180.00 | | | | | | $2,180.00 | $0.00 | $200.00 | | | | $200.00 |
| . 207 | Elmore, Willie | 10/1/2020 | | $5,080.00 | | $725.00 | | | | $5,805.00 | $0.00 | $0.00 | | | | $0.00 |
| . 208 | Caruthers, David & ( | 7/1/2016 | 11/10/2017 | $480.00 | | | | | | $480.00 | $0.00 | $0.00 | | | | $0.00 |
| . 208 | Vance, Melissa | 8/1/2020 | | $3,625.00 | | $725.00 | | | | $4,350.00 | $0.00 | $0.00 | | | | $0.00 |
| . 209 | Bardney, Albert | 4/21/2017 | 7/1/2018 | $12.00 | ($378.00) | | | | | $12.00 | ($378.00) | $0.00 | | | | $0.00 |
| . 209 | Williams, Bertha | 10/1/2018 | | | | $600.00 | | ($600.00) | | | $0.00 | $0.00 | | | | $0.00 |
| . 210 | Hackney, Marvin | 2/1/2013 | | $4,160.00 | | $550.00 | | ($550.00) | | $4,160.00 | $0.00 | $0.00 | | | | $0.00 |
| . 211 | Lindsey, Stephanie | 1/1/2015 | 8/11/2017 | $177.00 | | | | | | $177.00 | $0.00 | $0.00 | | | | $0.00 |
| . 301 | Davis, Tichola | 2/1/2021 | | $45.00 | | | | | | $45.00 | $0.00 | $0.00 | | | | $0.00 |
| . 302 | Simmons, Shaniqua | 4/1/2018 | 10/15/2018 | $1,420.00 | | $925.00 | | ($925.00) | | $1,420.00 | $0.00 | $0.00 | | | | $0.00 |
| . 302 | Duckworth, Brianna | 3/1/2020 | 4/1/2022 | $5,787.00 | | $725.00 | | | | $6,512.00 | $0.00 | $0.00 | | | | $0.00 |
| . 303 | Farver, Vicky | 6/1/2015 | 6/30/2021 | | ($675.00) | | | | | | ($675.00) | $0.00 | | | | $0.00 |
| . 304 | EVICTION Lewis, S | 4/1/2016 | 11/30/2017 | $3,700.00 | | | | | | $3,700.00 | $0.00 | $675.00 | | | | $675.00 |
| . 305 | Grandberry, Shaqua | 11/21/2014 | 1/15/2018 | $3,635.00 | | | | | | $3,635.00 | $0.00 | $675.00 | | | | $675.00 |
| . 307 | Barr, Antonio | 3/9/2017 | 7/1/2018 | $7,248.00 | | | | | | $7,248.00 | $0.00 | $550.00 | | | | $550.00 |
| . 309 | Nefertiti, Nzinga | 3/1/2017 | | | | $500.00 | | ($500.00) | | | $0.00 | $500.00 | | | | $500.00 |

** - Prospect does not have a property assigned





**Pinnacle Asset Management**
9501 West 144th Place Suite 304
Orland Park, IL  60462

Phone: (708) 590-6066

# Collections Activity Report
3/1/2022 - 3/31/2022

A530
Page 2 of 3
5/4/2022 14:41

South Shore 7456

Release 10.03

| Lease Information | | Lease Dates | | Starting Balances (a) | | Charges + (b) | | Payments / Credits - (c) | | Ending Balances = (d) | | Security Deposit Activity during Period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property-Unit | Current/Latest Tenant | Move-In Date | Move-Out Date | Prior Balance Due | Prior Prepaid Balance | Period Rent Charges | Other Period Charges | Payments | Other Credits | Balance Due | Prepaid Balance | Starting Paid Balance | Paid this Period | Interest Paid Out | Returned this Period | Ending Paid Balance |
| 311 | Pierre, Moise | 11/10/2016 | | | | $550.00 | | ($550.00) | | | $0.00 | $0.00 | | | | $0.00 |
| . 400 | CHA-Duke, Dedra | 8/27/2015 | | $959.00 | | $959.00 | | | | $1,918.00 | $0.00 | $0.00 | | | | $0.00 |
| . 401 | Felton, Edward | 9/1/2020 | | $3,650.00 | | $925.00 | | | | $4,575.00 | $0.00 | $0.00 | | | | $0.00 |
| . 402 | HRTLND-Braddock, | 4/1/2017 | 8/15/2018 | $4,200.00 | ($600.00) | | | | | $4,200.00 | ($600.00) | $0.00 | | | | $0.00 |
| . 403 | Barns, Derrick | 5/1/2019 | 8/1/2019 | | ($653.00) | | | | | | ($653.00) | $0.00 | | | | $0.00 |
| . 405 | EVICTION Horace, | 5/1/2016 | 10/30/2017 | $1,956.00 | | | | | | $1,956.00 | $0.00 | $675.00 | | | | $675.00 |
| . 405 | Shivers, Laporcha | 4/1/2018 | 10/15/2018 | $4,980.00 | | | | | | $4,980.00 | $0.00 | $0.00 | | | | $0.00 |
| . 406 | Jackson, Anthony | 6/1/2016 | 1/31/2019 | $675.00 | ($675.00) | | | | | $675.00 | ($675.00) | $0.00 | | | | $0.00 |
| . 409 | Watkins, Latonia | 8/1/2016 | 5/8/2019 | $2,532.00 | ($675.00) | | | | | $2,532.00 | ($675.00) | $0.00 | | | | $0.00 |
| . 410 | Bush, Willie | 12/6/2014 | 1/31/2019 | $675.00 | ($675.00) | | | | | $675.00 | ($675.00) | $0.00 | | | | $0.00 |
| . 500 | CC-HRDI-Thomas, | 3/1/2017 | 10/15/2018 | $7,096.00 | | | | | | $7,096.00 | $0.00 | $650.00 | | | | $650.00 |
| . 501 | Holt, Ms. Jasmine | 12/15/2015 | | $700.00 | | $650.00 | | ($650.00) | | $700.00 | $0.00 | $0.00 | | | | $0.00 |
| . 503 | Williams, Cydney | 9/1/2016 | 2/28/2018 | $525.00 | | | | | | $525.00 | $0.00 | $0.00 | | | | $0.00 |
| . 503 | Coles, Daryl | 4/1/2018 | 5/8/2019 | $4,755.00 | | | | | | $4,755.00 | $0.00 | $0.00 | | | | $0.00 |
| . 504 | Alloway, Michael | 6/1/2017 | 3/31/2018 | $2,430.00 | | | | | | $2,430.00 | $0.00 | $600.00 | | | | $600.00 |
| . 506 | Henderson, Tasheet | 4/1/2013 | | $3,890.00 | | $550.00 | | | | $4,440.00 | $0.00 | $0.00 | | | | $0.00 |
| . 507 | EVICTION Newton, | 11/23/2015 | 11/30/2017 | $1,500.00 | | | | | | $1,500.00 | $0.00 | $550.00 | | | | $550.00 |
| . 508 | Dukes, Tiffany | 9/6/2017 | 8/1/2018 | $650.00 | | | | | | $650.00 | $0.00 | $0.00 | | | | $0.00 |
| . 510 | McCaston, Sylvia | 11/15/2010 | | | | $515.00 | | ($515.00) | | | $0.00 | $410.00 | | | | $410.00 |
| . 600 | CHA-McCorkle, Tyro | 10/2/2013 | 6/1/2021 | $7,069.00 | | | | | | $7,069.00 | $0.00 | $0.00 | | | | $0.00 |
| . 601 | Rolon, Dario | 8/1/2016 | 11/1/2017 | $675.00 | | | | | | $675.00 | $0.00 | $795.00 | | | | $795.00 |
| . 602 | Wilcher, Ricardo | 11/11/2010 | 11/1/2017 | $1,078.00 | | | | | | $1,078.00 | $0.00 | $455.00 | | | | $455.00 |
| . 603 | Adams, Sawnee | 9/15/2016 | 10/31/2017 | $1,241.00 | | | | | | $1,241.00 | $0.00 | $550.00 | | | | $550.00 |
| . 604 | Lemon, Benuriah | 6/1/2012 | | $10.00 | | $480.00 | | ($480.00) | | $10.00 | $0.00 | $0.00 | | | | $0.00 |
| . 607 | Patton, Craig | 8/1/2016 | 5/4/2018 | $651.00 | | | | | | $651.00 | $0.00 | $500.00 | | | | $500.00 |
| . 607 | Gordon, Autumn | 5/11/2018 | 10/3/2018 | $4,740.00 | | | | | | $4,740.00 | $0.00 | $0.00 | | | | $0.00 |
| . 608 | Crockett, Techevia | 2/15/2017 | 2/28/2018 | | ($1,100.00) | | | | | | ($1,100.00) | $0.00 | | | | $0.00 |
| . 609 | Gray, Mario | 8/1/2014 | | | | $575.00 | | ($575.00) | | | $0.00 | $0.00 | | | | $0.00 |

** - Prospect does not have a property assigned

**Pinnacle Asset Management**
9501 West 144th Place Suite 304
Orland Park, IL 60462

Phone: (708) 590-6066

# Collections Activity Report
3/1/2022 - 3/31/2022

A530
Page 3 of 3
5/4/2022 14:41

South Shore 7456

Release 10.03

| Lease Information | | | Lease Dates | | Starting Balances (a) | | Charges + (b) | | Payments / Credits - (c) | | Ending Balances = (d) | | Security Deposit Activity during Period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property-Unit | Current/Latest Tenant | | Move-In Date | Move-Out Date | Prior Balance Due | Prior Prepaid Balance | Period Rent Charges | Other Period Charges | Payments | Other Credits | Balance Due | Prepaid Balance | Starting Paid Balance | Paid this Period | Interest Paid Out | Returned this Period | Ending Paid Balance |
| 610 | Williams, Jerome | | 11/1/2011 | | | ($5.00) | $595.00 | | ($595.00) | | | ($5.00) | $595.00 | | | | $595.00 |
| 611 | EVICTION Thomas, | | 2/14/2014 | 11/30/2017 | $4,410.00 | | | | | | $4,410.00 | $0.00 | $825.00 | | | | $825.00 |
| 700 | CHA-Payne, Hermo | | 10/2/2015 | 10/15/2018 | $4,527.00 | | | | | | $4,527.00 | $0.00 | $0.00 | | | | $0.00 |
| 701 | Davis, Tichola | | 3/15/2016 | 10/1/2017 | $6.00 | ($544.00) | | | | | $6.00 | ($544.00) | $750.00 | | | | $750.00 |
| 702 | CHA-Muhammad, A | | 8/1/2017 | 3/1/2021 | | ($1,134.00) | | | | | | ($1,134.00) | $0.00 | | | | $0.00 |
| 703 | Pious, IORENZO | | 4/2/2010 | | $1,620.00 | | $580.00 | | | | $2,200.00 | $0.00 | $580.00 | | | | $580.00 |
| 704 | Moret, Karen | | 2/1/2017 | | | | $550.00 | | ($550.00) | | | $0.00 | $0.00 | | | | $0.00 |
| 705 | Hunt, Carl | | 3/1/2017 | 4/28/2018 | $355.00 | | | | | | $355.00 | $0.00 | $0.00 | | | | $0.00 |
| 706 | Young, Dennis | | 6/15/2014 | | $550.00 | | $550.00 | | | | $1,100.00 | $0.00 | $550.00 | | | | $550.00 |
| 707 | King, Tron | | 1/11/2017 | | $3,650.00 | | $550.00 | | | | $4,200.00 | $0.00 | $0.00 | | | | $0.00 |
| 709 | EVICTION Cerny, D | | 4/1/2013 | 11/30/2017 | $3,810.00 | | | | | | $3,810.00 | $0.00 | $575.00 | | | | $575.00 |
| 710 | Rogers, Talonda | | 7/15/2017 | | $1,200.00 | | $600.00 | | ($600.00) | | $1,200.00 | $0.00 | $0.00 | | | | $0.00 |
| 711 | Minnis, Janice | | 1/1/2017 | 5/8/2019 | $3,292.00 | ($675.00) | | | | | $3,292.00 | ($675.00) | $0.00 | | | | $0.00 |
| Laundry | Laundry, Room | | 1/1/2020 | | | | | | | | | $0.00 | $0.00 | | | | $0.00 |
| T-Mobile | Mobile, T- | | 4/25/2018 | | | | $1,725.00 | | ($1,725.00) | | | $0.00 | $0.00 | | | | $0.00 |
| | **Totals** | | | | $136,356.00 | ($10,957.00) | $17,729.00 | $0.00 | ($10,115.00) | | 143,420.00 | ($10,407.00) | $14,010.00 | | | | $14,010.00 |
| | Total Units: | 60 | | | Starting Net Balance | | Total Charges | | Payments/Credits | | Ending Net Balance | | | | | | |
| | Total Leases: | 69 | | | $125,399.00 | | $17,729.00 | | ($10,115.00) | | $133,013.00 | | | | | | |

Definitions

Collections: This report is an accounting report that reports the activity for each current lease and all past/future leases that have a balance or have had activity during the report period.

Balances with a grey background have both open charges and open payments.

** - Prospect does not have a property assigned