**Fill in this information to identify the case:**

Debtor Name _____Pinnacle Multi-Acquisitions Holdings LLC _____

United States Bankruptcy Court for the:_____Norther_____ District of __Illinois_____
(State)

Case number:   _____22-02669_____

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of ⎡05/09/2022⎤ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Warburg Multi Acquisitions LLC | 20% | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Doc ID: 25cb1d81ff980679ff6f3b79721e4b881817ee98

Debtor Name _____Pinnacle Multi-Acquisitions Holdings LLC _____    Case number ___22-02669_____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| | |
|---|---|
| **For non-individual Debtors:** | ✗ _____<br>Signature of Authorized Individual<br>____G. Estevein Perkins_____<br>Printed name of Authorized Individual<br>Date _M_0_5_/_0_9_/_2_0_2_2_Y_   05 / 09 / 2022 |
| **For individual Debtors:** | ✗ _____    ✗ _____<br>Signature of Debtor 1              Signature of Debtor 2<br><br>_____    _____<br>Printed name of Debtor 1          Printed name of Debtor 2<br>Date _____       Date _____<br>       MM /   DD  / YYYY                   MM /   DD  / YYYY |

Doc ID: 25cb1d81ff980679ff6f3b79721e4b881817ee98

Debtor Name _____Pinnacle Multi-Acquisitions Holdings LLC _____    Case number ___22-02669_____

**Exhibit A: Financial Statements for [**Warburg Multi Acquisitions LLC]

Warburg Multi Acquisitions LLC is in receivership in the Circuit Court of Cook County, Illinois
Case No. 2021 CH 01568 consolidated with 2021 CH 01574; 2021 CH 01575 & 2021 CH 01577

The Most Recent Receiver Report (Receiver's 3rd Report to the Court) filed March 1, 2022 is appended to this Periodic Report and made part of. Said Report includes Warburg's Profit and Loss Statement from January 1, 2022 - March 1, 2022 as well as the A/R Aging Report Summary as of March 1, 2022. This is the source of the information.

Doc ID: 25cb1d81ff980679ff6f3b79721e4b881817ee98

Debtor Name _____Pinnacle Multi-Acquisitions Holdings LLC _____     Case number____22-02669_____

---

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of** [date]

Warburg Multi Acquisitions LLC is in receivership in the Circuit Court of Cook County, Illinois
Case No. 2021 CH 01568 consolidated with 2021 CH 01574; 2021 CH 01575 & 2021 CH 01577
The Most Recent Receiver Report (Receiver's 3rd Report to the Court) filed March 1, 2022 is appended to this
Periodic Report and made part of. Said Report includes Warburg's Profit and Loss Statement from January 1, 2022 -
March 1, 2022 as well as the A/R Aging Report Summary as of March 1, 2022. This is the source of the information.

No Balance Sheet was available but the Receiver may have one.

Doc ID: 25cb1d81ff980679ff6f3b79721e4b881817ee98

Debtor Name _____ Pinnacle Multi-Acquisitions Holdings LLC _____   Case number ____ 22-02669 _____

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Warburg Multi Acquisitions LLC is in receivership in the Circuit Court of Cook County, Illinois
Case No. 2021 CH 01568 consolidated with 2021 CH 01574; 2021 CH 01575 & 2021 CH 01577
The Most Recent Receiver Report (Receiver's 3rd Report to the Court) filed March 1, 2022 is appended to this Periodic Report and made part of. Said Report includes Warburg's Profit and Loss Statement from January 1, 2022 - March 1, 2022 as well as the A/R Aging Report Summary as of March 1, 2022. This is the source of the information.

No Statement of INcome was available but the Receiver may have one.

Doc ID: 25cb1d81ff980679ff6f3b79721e4b881817ee98

Debtor Name _____ Pinnacle Multi-Acquisitions Holdings LLC _____    Case number _____ 22-02669 _____

---

**Exhibit A-3: Statement of Cash Flows for [**Name of Controlled Non-Debtor Entity**] for period ending [date]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Warburg Multi Acquisitions LLC is in receivership in the Circuit Court of Cook County, Illinois Case No. 2021 CH 01568 consolidated with 2021 CH 01574; 2021 CH 01575 & 2021 CH 01577 The Most Recent Receiver Report (Receiver's 3rd Report to the Court) filed March 1, 2022 is appended to this Periodic Report and made part of. Said Report includes Warburg's Profit and Loss Statement from January 1, 2022 - March 1, 2022 as well as the A/R Aging Report Summary as of March 1, 2022. This is the source of the information.

The Receiver should be able to supply a statement of cash flows if necessary the Debtor does not have one.

Doc ID: 25cb1d81ff980679ff6f3b79721e4b881817ee98

Debtor Name _____Pinnacle Multi-Acquisitions Holdings LLC_____   Case number ____22-02669____

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Ther is no chane in any Shareholder/Partner equity. Source of the Information is Greg Perkins the designated representative of the debtor.

Doc ID: 25cb1d81ff980679ff6f3b79721e4b881817ee98

Debtor Name _____Pinnacle Multi-Acquisitions Holdings LLC _____     Case number ___22-02669_____

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Warburg no longer has any business operations. The Business is closed.

Source of the Information is Greg Perkins the designated representative of the debtor.

Doc ID: 25cb1d81ff980679ff6f3b79721e4b881817ee98

Debtor Name _____Pinnacle Multi-Acquisitions Holdings LLC _____    Case number __22-02669_____

## Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

The Debtor has/had a 20% interest based upon a personal guarantee.

Source of the Information is Greg Perkins the designated representative of the debtor.

Doc ID: 25cb1d81ff980679ff6f3b79721e4b881817ee98

Debtor Name _____Pinnacle Multi-Acquisitions Holdings LLC _____     Case number_22-02669_____

### Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

The business is closed to there is no income to share and there is no income to the debtor.

Source of the Information is Greg Perkins the designated representative of the debtor.

Doc ID: 25cb1d81ff980679ff6f3b79721e4b881817ee98

Debtor Name _____Pinnacle Multi-Acquisitions Holdings LLC _____ Case number __22-02669_____

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

None.

Source of the Information is Greg Perkins the designated representative of the debtor.

Doc ID: 25cb1d81ff980679ff6f3b79721e4b881817ee98

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | Periodic Report (Form 426) for Warburg Multi Acquisitions... |
| **FILE NAME** | Periodic Report o... with exhibit.pdf |
| **DOCUMENT ID** | 25cb1d81ff980679ff6f3b79721e4b881817ee98 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

## Document History

SENT
**05 / 09 / 2022**
15:32:04 UTC-5

Sent for signature to G. Estevein Perkins
(estevein@pinnacleassetmgmt.com) from
attorneys@benjaminlaw.com
IP: 73.209.128.229

VIEWED
**05 / 09 / 2022**
15:36:51 UTC-5

Viewed by G. Estevein Perkins
(estevein@pinnacleassetmgmt.com)
IP: 174.216.80.206

SIGNED
**05 / 09 / 2022**
15:37:58 UTC-5

Signed by G. Estevein Perkins
(estevein@pinnacleassetmgmt.com)
IP: 174.216.80.206

COMPLETED
**05 / 09 / 2022**
15:37:58 UTC-5

The document has been completed.